AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Anthony Uribe | ) Case No. 3:24-mj-00129 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 8, 2024** in the county of **Linn** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(A)(vi) | Possession with intent to distribute 400 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Adam Otte.

☑ Continued on the attached sheet.

/s/ By phone
*Complainant's signature*

Special Agent Adam Otte, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:45 a.m./p.m.

Date: June 17, 2024

*Judge's signature*

City and state: Portland, Oregon

Hon. Jeffrey J. Armistead, U.S. Magistrate Judge
*Printed name and title*