UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00001-AN |
| v. | **INFORMATION** |
| **JOSE ANOTHONY URIBE,** | 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi))**

On or about May 8, 2024, in the District of Oregon, defendant **JOSE ANTHONY URIBE** did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

**FORFEITURE ALLEGATION**

Upon conviction of an offense in Count 1, defendant **JOSE ANTHONY URIBE** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: January 3, 2025

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney